

MEHLER LAW PLLC

747 Third Avenue  ✦  32nd Floor  ✦  New York, NY 10017-2803

Gordon Mehler
*Principal*

Rebecca Campbell
Diane Ferrone
Sarah Lum
Daniel Rothstein
Harvey Stuart
*Of Counsel*

Rick Guimond
Ben Stadler
*Paralegals*

June 7, 2017

**BY ECF**

Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:  **United States v. Ilya Elliot Magid, 11 Cr. 632 (RMB)**

Dear Judge Berman:

   We are currently scheduled to appear before Your Honor on June 20th, 2017 to see how my client's probation is progressing.  I now realize I will be away that day on a family vacation.  May I respectfully ask the Court to reschedule for any afternoon in mid-July or after, given extensive travel I've scheduled in early July.  AUSA Sam Enzor consents to this request.  No previous requests for this relief have been made.

                    Sincerely,


                    /s/
                    Gordon Mehler

GM:rjg