

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 13, 2020

**BY ECF & ELECTRONIC MAIL**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Ilya Magid</u>, S4 11 Cr. 632 (RMB)

Dear Judge Berman:

    The Government writes to respectfully request that the docket and docket entries in the above-referenced case be unsealed. Counsel for defendant has informed the Government that he opposes this request. The Government, however, cannot identify a reason for continuing to seal the docket in perpetuity.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney

By:    /s_____
    Abigail S. Kurland / Samson Enzer
    Assistant United States Attorneys
    (212) 637-2955 / -2342

Cc: Gordon Mehler, Esq. (counsel for the defendant)